IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA ESPINOSA, | CASE NO. CV F 11-1867 LJO |
| Plaintiff, | **ORDER TO CLOSE ACTION** (Doc. 15.) |
| vs. | |
| VICENTE RANDY BERNABE, | |
| Defendant. / | |

    Given plaintiff's withdrawal of her motion to withdraw bankruptcy reference, this Court DIRECTS the clerk to close this action.

    IT IS SO ORDERED.

**Dated:** May 31, 2013      /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE